UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC.**
**and ROBERT COHEN,**

    **Plaintiff(s),**

v.                                                            CASE NO:  8:05-CV-1413-T-30TBM

**SYLVIA ROSOF and MARILOU J.**
**STONE,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #39). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. Said Stipulation (Dkt. #39) is GRANTED.
2. The Court approves the Settlement Agreement and Release executed by the parties.
3. This cause is dismissed with prejudice.
4. All pending motions are denied as moot.
5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1413.dismissal 39.wpd